## KURTZ *v.* SIMONTON.

BILL OF EXCEPTIONS — *when necessary.* Instructions to the jury and a motion for new trial must be preserved in the record by bill of exceptions, and, if not so preserved, error cannot be assigned upon them.

*Error to District Court, Arapahoe County.*

THE chief justice did not participate in the decision of this cause.

Mr. S. E. BROWNE, for plaintiff in error.

Mr. ALFRED SAYRE and Mr. JOHN F. BOSTWICK, for defendant in error.

GORSLINE, J. There are various errors assigned by the counsel for the plaintiff in error, but they all, except the last, are to instructions given by the court to the jury, or for refusal to instruct as requested. The last error assigned is for overruling the motion for a new trial. As these different causes, assigned as errors, have not been properly

presented by a bill of exceptions, signed and sealed by the judge before whom the cause was tried, they become no part of the record, and cannot be considered in this court. In *Thompson* v. *Riggs*, 5 Wall. 663, which is a case very similar to this, the whole doctrine in regard to bills of exceptions is very clearly and forcibly stated. As it is presumed, *prima facie*, that the judgment is correct, it must be affirmed.

*Affirmed.*